# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,

v.

GREGG ALLEN PICKAR,
Defendant.

**NOTICE OF APPEARANCE**

Case No: 01-254 JRT

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that ANDREW H. MOHRING shall appear as appointed counsel of record for the above named defendant in this case.

Dated: December 16, 2005

*s/Andrew H. Mohring*
ANDREW H. MOHRING
Attorney ID No. 190731
Attorney for Defendant
Federal Public Defender's Office
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415