**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: BOYLAN |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 01-254 JRT/RLE |
| | ) | Date: 12/20/05 |
| GREG ALLEN PICKAR, | ) | Court Reporter: None |
| | ) | Tape Number: 2005- |
| Defendant. | ) | Time Commenced: 2:40 p.m. |
| | | Time Concluded: 2:50 p.m. |
| | | Time in Court: 10 Minutes |

____ **PRELIMINARY HRG ONLY** _____ **DETENTION HRG ONLY**

√ __ **PRELIMINARY REVOCATION/DETENTION HRG**

APPEARANCES:

**Plaintiff**: Andrew Winter
Assistant U.S. Attorney

**Defendant:** Andrew Mohring
√ FPD ☐ CJA ☐ Retained ☐ Appointed

On ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ Pre-trial Release √ **Supervised Release**

√ Deft Ordered Detained - Govt to submit proposed order ☐ Bond Continued ☐ Moot Currently Srvg Sentence

Bond set in the amount of $____________________ with conditions, see Order Setting Conditions of Release.
☐ Deft bound over to District Court of Minnesota
☐ Deft removed to charging district and is ordered to appear before ________________on__________________.
☐ Removal Order to be Issued ☐ No Removal Order to be Issued ☐ Commitment to Another District to be Issued

**Additional Information:** **Final Revocation Hearing is on January 6, 2006, at 11:00a .m., before Judge John R. Tunheim.**

s/Shirley Hansen
Signature of Judicial Assistant