IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

GREGG ALLEN PICKAR,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: John R. Tunheim
U.S. District Judge

| | |
|---|---|
| Case No: | 01-254 (JRT/FLN) |
| Date: | January 6, 2006 |
| Court Reporter: | Kristine Mousseau |
| Time Commenced: | 11:32 p.m. |
| Time Concluded: | 11:52 p.m. |
| Time in Court: | 30 minutes |

## APPEARANCES:

Plaintiff: David Steinkamp, Assistant U.S. Attorney
Defendant: Andrew Mohring, Assistant Federal Public Defender

## PROCEEDINGS:

: **Revocation of Supervised Release - Final Hearing.**
: Defendant admits allegations.

## ORDERED:

: Defendant remanded to custody of the U.S. Marshal.
: Defendant is sentenced to: 13 months BOP, Rochester Facility for mental as well as physical treatment. The defendant shall receive credit for time served. Following release the defendant will remain on supervised release with an additional condition of supervised release that the defendant shall serve 120 days in an alternative sentencing halfway house and observe all rules of that facility.
: Written order to be issued.

s/Sarah E. Bagwell
Calendar Clerk