UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 01-254(JRT)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | REASSIGNMENT OF CRIMINAL CASE |
| v. | ) | |
| GREGG ALLEN PICKAR, Defendant. | ) | |

The following criminal case has been reassigned as follows:

Criminal No.

01-254

Defendant Name

Gregg Allen Pickar

Remove AUSA

James E. Lackner

Jennifer C. Smith

Paul A. Murphy

Add AUSA

Andrew R. Winter

Dated: August 11, 2006

RACHEL K. PAULOSE
United States Attorney

s/James E. Lackner
BY: James E. Lackner
First Assistant U.S. Attorney