**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**UNITED STATES OF AMERICA,** **Case No. CR 01-254 JRT/RLE**

**Plaintiff,**

**v.** **ORDER OF TEMPORARY DETENTION PENDING REVOCATION HEARING**

**Gregg Allen Pickar,**

**Defendant.**

---

Upon motion of the United States it is ORDERED that a detention/ preliminary revocation hearing is set for Monday, September 18, 2006, at 2:30 p.m. before Magistrate Judge Susan Richard Nelson, in Courtroom 8E, United States Courthouse, 300 South 4th Street, Minneapolis, Minnesota. Pending this hearing, the Defendant shall be held in custody by the United States Marshal and produced for the hearing.

Dated: September 15, 2006

__s/Susan Richard Nelson___
SUSAN RICHARD NELSON
United States Magistrate Judge