**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Gregg Allen Pickar,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: John R. Tunheim
U.S. District Judge

| | |
|---|---|
| Case No: | 01-254 (JRT/RLE) 1 |
| Date: | September 22, 2006 |
| Court Reporter: | Kristine Mousseau |
| Time Commenced: | 10:30 a.m. |
| Time Concluded: | 10:40 a.m. |
| Time in Court: | Hours & 10 Minutes |

## APPEARANCES:

Plaintiff: Andrew Winter, Assistant U.S. Attorney
Defendant: Jordan Kushner 9 FPD 9 CJA 9 Retained 9 Appointed

Interpreter / Language: /

## PROCEEDINGS:

: **Revocation of Probation**

## ORDERED:

: Hearing continued pending the results of psychiatric evaluation.
: Defendant is to be transferred to a halfway house as soon as a bed becomes available.

s/Jennifer L. Beck
Calendar Clerk