UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Case No. CR 01-254 (JRT)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREGG ALLEN PICKAR,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **MOTION FOR RELEASE AND TRANSPORTATION TO RELATIVE** |

The defendant, Gregg Allen Pickar, through his undersigned counsel, hereby requests the Court issue a order granting the following: 1) Mr. Pickar's temporary release from custody to live at the home of his brother, Randy Pickar in Sebeka, Minnesota, until the next court hearing or housing becomes available in the Twin Cities; 2) advance transportation expenses to enable Mr. Pickar to take a bus from Minneapolis to Alexandria, Minnesota and to return to Minneapolis for his next court appearance or upon the availability of housing in the Twin Cities; and 3) provide Mr. Pickar with nominal funds to pay for his food and basic needs until the next court appearance. The grounds for this motion are that the Court orally ordered on September 22, 2006 that if Mr. Pickar could not be placed in a halfway house by September 26, 2006, the Court would entertain a motion for alternative placement. Mr. Pickar has not been placed in a halfway house and the probation officer has informed undersigned counsel that it is unknown when space will become available. Undersigned counsel has spoken at length with Mr. Pickar's brother who has stated that he is willing to permit Mr. Pickar to stay at his house for the next ten days, and provide Mr. Pickar with transportation to and from the bus stop in Alexandria,

Minnesota at times that will not interfere with his brother's work schedule. (Undersigned counsel has not been able to find relatives who are able to provide housing in the Twin Cities).

Dated: September 27, 2006

Respectfully submitted,

LAW OFFICE OF JORDAN S. KUSHNER

By s/Jordan S. Kushner

Jordan S. Kushner, ID 219307
Attorney for Defendant
431 South 7th Street, Suite 2446
Minneapolis, Minnesota 55415
(612) 288-0545