UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Case No. CR 01-254 (JRT)

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. ) **CERTIFICATE OF SERVICE**
)
GREGG ALLEN PICKAR, )
)
Defendant. )

Jordan S. Kushner hereby certifies that he served on opposing counsel, Andrew Winter, Defendant's Motion for Temporary Release and Transportation to Relative, by filing said document through Electronic Case Filing and thereby causing it to be served electronically at Andrew.Winter@usdoj.gov.

Date: September 27, 2006

s/Jordan S. Kushner
Jordan S. Kushner