UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Case No. CR 01-254 (JRT)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANT'S MOTION FOR DISMISSAL OF REVOCATION PETITION, OR IN THE ALTERNATIVE, REQUEST FOR IMMEDIATE FINAL REVOCATION HEARING** |
| v. | ) | |
| | ) | |
| GREGG ALLEN PICKAR, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant, Gregg Allen Pickar, through his undersigned counsel, hereby moves the Court for an Order dismissing the revocation petition against him and immediately release him from custody. In the alternative, Mr. Pickar requests that the Court immediately hold a final revocation hearing in this matter. The grounds for this Motion or Request or that there is no probable cause to support any determination that Mr. Pickar violated conditions of his supervised release, the petition for revocation fails to provide adequate notice of any violation, the delay in Mr. Pickar's preliminary hearing and final revocation hearing violate the Rules of Criminal Procedure and Mr. Pickar's Constitutional Right to a Speedy Trial, and the Court has acted inconsistently with its prior representations made to Mr. Pickar in exchange for his agreement to a continuance of the final revocation hearing. This Motion is based on all files, records,

proceedings, and the accompanying Memorandum.

Dated: September 29, 2006

Respectfully submitted,

LAW OFFICE OF JORDAN S. KUSHNER

By s/Jordan S. Kushner

Jordan S. Kushner, ID 219307
Attorney for Defendant
431 South 7th Street, Suite 2446
Minneapolis, Minnesota 55415
(612) 288-0545