UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Case No. CR 01-254 (JRT)

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. )
)
GREGG ALLEN PICKAR, )
)
Defendant. )

**CERTIFICATE OF SERVICE**

Jordan S. Kushner hereby certifies that he served on opposing counsel, Andrew Winter, the following documents: 1) Defendant's Motion for Dismissal of Revocation Petition, or in the alternative, Request for Immediate Final Revocation Hearing; and 2) Memorandum in support of Defendant's Motion for Dismissal of Revocation Petition, or in the alternative, Request for Immediate Final Revocation Hearing. Service was accomplished by filing said documents through Electronic Case Filing and thereby causing it to be served electronically at Andrew.Winter@usdoj.gov.

Date: September 29, 2006

s/Jordan S. Kushner
Jordan S. Kushner