**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

GREGG ALLEN PICKAR,

Defendant.

Criminal No. 01-254 (JRT/RLE)

**ORDER**

---

Andrew R. Winter, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Jordan S. Kushner, **LAW OFFICE OF JORDAN S. KUSHNER**, 431 South Seventh Street, Suite 2446, Minneapolis, MN 55415, for defendant.

On September 22, 2006, the Court held a final revocation hearing in which the defendant requested a psychological evaluation. The government does not oppose this request, therefore the court will allow defendant to be evaluated. Pending that evaluation, defendant shall be released from the custody of the United States Marshal and placed in a halfway house as soon as a bed becomes available.

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's request for a psychological evaluation is **GRANTED**. Defendant shall be released to a halfway house as soon as a bed becomes available.

2. That defendant's motion for release from custody (Docket No. 71) is **MOOT**, as housing is available in the Twin Cities at this time.

3. The final revocation hearing will be continued upon the Court's receipt and review of the results of the psychological evaluation.

Dated: October 3, 2006
at Minneapolis, Minnesota

______s/John R. Tunheim_____
JOHN R. TUNHEIM
United States District Judge