UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Case No. CR 01-254 (JRT)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREGG ALLEN PICKAR,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **DEFENDANT'S MOTION FOR ADVANCE OF FUNDS** |

The defendant, Gregg Allen Pickar, through his undersigned counsel, hereby requests the Court issue an order advancing one hundred dollars ($100) to Mr. Pickar from an appropriate source. The grounds for this motion are that all of Mr. Pickar's personal property was taken at the halfway house in Rapid City South Dakota and has not been returned, and Mr. Pickar currently has no clothes, no basic hygiene items, no means of transportation, and no means to take care of his other basic daily essential needs. In light of his disabilities, it is appropriate that he provided with this temporary nominal financial assistance.

Dated: October 6, 2006

Respectfully submitted,

LAW OFFICE OF JORDAN S. KUSHNER

By s/Jordan S. Kushner

Jordan S. Kushner, ID 219307
Attorney for Defendant
431 South 7th Street, Suite 2446
Minneapolis, Minnesota 55415
(612) 288-0545