UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Case No. CR 01-254 (JRT)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GREGG ALLEN PICKAR,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CERTIFICATE OF SERVICE** |

Jordan S. Kushner hereby certifies that he served on opposing counsel, Andrew Winter, Defendant's Motion for Advance of Funds by filing said documents through Electronic Case Filing and thereby causing it to be served electronically at Andrew.Winter@usdoj.gov.

Date: October 6, 2006

s/Jordan S. Kushner
Jordan S. Kushner