**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA, Criminal No. 01-254 (JRT/RLE)

Plaintiff,

v. **ORDER**

GREGG ALLEN PICKAR,

Defendant.

---

Andrew R. Winter, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Jordan S. Kushner, **LAW OFFICE OF JORDAN S. KUSHNER**, 431 South Seventh Street, Suite 2446, Minneapolis, MN 55415, for defendant.

This matter is before the Court on defendant Gregg Pickar's motion for advance of funds [Docket No. 76].

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that defendant's motion to advance funds is **DENIED** as there is no provision in law which would permit such an advance of funds. Furthermore, there is no practice or policy of the United States Probation Office which authorizes an advance of funds.

Dated: October 11, 2006
at Minneapolis, Minnesota

______s/John R. Tunheim_____
JOHN R. TUNHEIM
United States District Judge