**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA, Criminal No. 01-254 (JRT/RLE)

Plaintiff,

v. **ORDER**

GREGG ALLEN PICKAR,

Defendant.

---

Andrew R. Winter, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Jordan S. Kushner, **LAW OFFICE OF JORDAN S. KUSHNER**, 431 South Seventh Street, Suite 2446, Minneapolis, MN 55415, for defendant.

This matter is before the court upon the request of both parties and the recommendation of the probation officer to move defendant to alternate housing for treatment. Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Counsels' informal request is **GRANTED**. Defendant shall be transferred as soon as possible to Alternative Homes, 2446 Portland Avenue South, Minneapolis, MN 55404 and reside there until further order by the Court.

2. All other conditions of supervised release remain in effect.

Dated: October 25, 2006
at Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge