A0 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
DEC 7 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **CR 01-254 JRT/RLE**

Gregg Allen Pickar

0741-1106-0115-0

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Gregg Allen Pickar

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: John R. Tunheim, United States District Court Judge.

(By) Jackie Ellingson, Deputy Clerk

November 6, 2006 at Mpls, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ______________________

Name and Title of Arresting Officer

Signature of Arresting Officer

ARRESTED ON 12-7-06
ARRESTED BY USMS
U.S. MARSHAL
DISTRICT OF MINNESOTA

US MARSHALS SERVICE
RECEIVED
MPLS MN
2006 NOV -6 P 3:56

SCANNED
DEC 08 2006
U.S. DISTRICT COURT MPLS

criminal\warrant.frm

DC Modified 12/08/04