**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**FIRST APPEARANCE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: JANIE S. MAYERON |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: CR 01-254 JRT/RLE |
| | ) | Date: 12/08/06 |
| Gregg Allen Pickar, | ) | Court Reporter: None |
| | ) | Tape Number: 34/204-1144 |
| Defendant. | ) | Time Commenced: 1:30 p.m. |
| | ) | Time Concluded: 1:35 p.m. |
| | ) | Time in Court: 5 Minutes |

APPEARANCES:

Plaintiff: Andrew Winter, Assistant U.S. Attorney
Defendant: Lyonel Norris,

√ To Be Appointed

Interpreter / Language: none/English

Date Charges Filed: 11/03/06 Offense: Violation of Supervised Release

on Warrant for Violation of √ Supervised Release

√ Waived Reading of Charges √ Advised of Rights

√ Government moves for detention:
Motion is √ granted, temporary detention ordered

Next appearance date is Monday, December 11, 2006 at 3:00 p.m. before U.S. Magistrate Judge Boylan for:
√ detention hrg √ preliminary revocation

Additional Information:

s/AR
Criminal Duty Clerk