**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: ARTHUR J. BOYLAN |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: CR 01-254 JRT/RLE |
| | ) | Date: 12/11/06 |
| Gregg Allen Pickar, | ) | Court Reporter: None |
| | ) | Tape Number: 34/1690-1784 |
| Defendant. | ) | Time Commenced: 3:00 p.m. |
| | ) | Time Concluded: 3:05 p.m. |
| | ) | Time in Court: 5 Minutes |

√ **PRELIMINARY REVOCATION / DETENTION HRG**
Time in Court 2.5 min. Prelim / 2.5 min. Det:

APPEARANCES:

Plaintiff: Tracy Braun, Assistant U.S. Attorney
Defendant: Jordan Kushner,
√ CJA

Interpreter / Language: None/English

On Warrant for Violation of √ Supervised Release

√ Defendant Ordered Detained - Government to submit proposed Order.

Additional Information:
Final revocation hearing is Thursday, January 4, 2007 at 11:30 a.m. before Judge John R. Tunheim.

_s/AR____
Criminal Duty Clerk