UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-254(JRT)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | **ORDER OF DETENTION** |
| GREGG ALLEN PICKAR, Defendant. | ) | |

This matter came before the Honorable Magistrate Judge Boylan on December 11, 2006, upon the motion of the United States for an Order of Detention. The defendant was present and represented by his attorney Jordan Kushner, Esq. The United States was represented by Assistant United States Attorney Tracy T. Braun.

Based upon all of the information provided, the Court concludes that there has been a clear and convincing showing that no condition or combination of conditions of bond will reasonably ensure the safety of the community and the defendant's appearance at future court dates. Accordingly, the Court will grant the government's motion for detention.

**FACTS**

The defendant was convicted of being a felon in possession of a firearm in violation of 18 U.S.C. §§ 922(g) and 924(a)(2). Following his imprisonment for 48 months, the defendant was placed on supervised release for three years. On October 27, 2006, the defendant was arrested by for theft of a motor vehicle and fleeing a police officer in a motor vehicle. The defendant

informed the Court that he did not wish to contest the government's motion for detention and waived his right to a hearing. The defendant admitted that he violated the conditions of his supervised release.

**DISCUSSION**

Under 18 U.S.C. § 3142, pretrial detention may be ordered either upon a clear and convincing showing that release will result in a danger to the community or upon a showing by a preponderance of the evidence that release will result in a serious risk of flight. United States v. Abad, 350 F.3d 793, 797 (8th Cir. 2003); United States v. Sazenski, 806 F.2d 846, 848 (8th Cir. 1986). The Court finds that detention is justified in this case based upon both criteria.

**CONCLUSION**

Based upon the evidence presented, the Court concludes that the government has made a clear and convincing showing that no condition or combination of conditions of bond will reasonably ensure the safety of the community.

Accordingly,

IT IS HEREBY ORDERED that:

1. The motion of the United States for detention of defendant is granted;

2. Defendant is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending trial;

3. Defendant shall be afforded reasonable opportunity to consult privately with his lawyer; and

4. Upon Order of the Court or request by the United States Attorney, the person in charge of the corrections facility in which the defendant is confined shall deliver him to the United States Marshal for the purpose of appearance in connection with a court proceeding.

Dated:12/13/06

s/Arthur J. Boylan
Arthur J. Boylan
United States Magistrate Judge