**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>Greg Allen Pickar,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **COURT MINUTES - CRIMINAL**<br>BEFORE: John R. Tunheim<br>U.S. District Judge<br><br>Case No: 01-254 JRT/RLE<br>Date: 1/4/07<br>Court Reporter: Kristine Mousseau<br>Time Commenced: 12:00 p.m.<br>Time Concluded: 12:34 p.m.<br>Time in Court: 34 Minutes |

## APPEARANCES:

Plaintiff: Tracy Braun, Assistant U.S. Attorney
Defendant: Jordan Kushner 9 FPD : CJA 9 Retained 9 To be appointed

## PROCEEDINGS:

: **Revocation of Supervised Release - Final Hearing.**
: **Petition and Order dated 8/10/06 is dismissed**
: Defendant admits allegations. 9 Defendant denies allegations.

## ORDERED:

: Supervised Release is revoked.
: Defendant is sentenced to: 11 months in the custody of BOP with credit for time served
: Defendant remanded to custody of the U.S. Marshal.

s/LPH
Calendar Clerk