**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

GREG ALLEN PICKAR,

Defendant(s).

**NOTICE TO THE COURT OF POSSIBLE RELATED CASE**

Criminal No.: 08-116 (PJS/SRN)
01-254 (JRT/RLE)

The undersigned attorney hereby notifies the Court and counsel that the above-captioned cases are possibly related. Cases involve the same defendant.

Dated: April 16, 2008

FRANK J. MAGILL, JR.
Acting United States Attorney

s/Michael A. Dees
BY: Michael A. Dees
Assistant U.S. Attorney